## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHARLES WATKINS** | : | **DOCKET NO. 2:20-cv-1270** |
| **D.O.C. # 415879** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN, JEFFERSON DAVIS PARISH JAIL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITHOUT PREJUDICE** to Watkins' ability to file a proper habeas corpus proceeding after exhaustion of state court remedies.

**THUS DONE AND SIGNED** in Chambers, on this 19th day of January, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**